# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

**In re:**
Joseph M. Keevan
15004 Grapeland Ave.
Cleveland, OH 44111

Laura Y. Keevan
15004 Grapeland Ave.
Cleveland, OH 44111

**Case Number:** 17–14249–jps

**Chapter:** 13

**Bankruptcy Judge:** JESSICA E. PRICE SMITH

## <u>NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE</u>

In accordance with 28 U.S.C. §586(b) and 11 U.S.C. §1302, Daniel M. McDermott, the United States Trustee, respectfully gives notice that at 11:59 pm on September 30, 2017, Craig H. Shopneck resigned as trustee in all cases in which he serves as the Standing Chapter 13 Trustee.

Effective October 1, 2017, Lauren A. Helbling is appointed and will assume all duties and functions as the Standing Chapter 13 Trustee for all cases previously assigned to Craig H. Shopneck.

The post office box for mailing all Chapter 13 payments will remain the same:

> **Standing Chapter 13 Trustee**
> **Lauren A. Helbling, Trustee**
> **P.O. Box 593**
> **Memphis, TN 38101–0593**
>
> **Checks should be made payable to: "Standing Chapter 13 Trustee"**

**Online payments shall continue to be made through ePay at the Trustee's website – www.13trusteecleveland.com.**

The location of the Office of the Standing Chapter 13 Trustee in Cleveland, the mailing address for correspondence, the telephone and fax number, will remain the same.

Respectfully submitted,

Daniel M. McDermott
Untied States Trustee, Region 9 & 12

Form ohnb213tr